UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:  
    Bart W Feight  
    Nancy E Feight

CASE NO: 11-34650  
(Chapter 13)

Debtors    JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4353648**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 72 | ALEXANDRIA VANECK LPA<br>5660 SOUTHWYCK BLVD<br>SUITE 110<br>TOLEDO, OH 43614 | 1,365.52 |

/s/ Jeffrey M. Kellner  
Jeffrey M. Kellner  0022205  
Chapter 13 Trustee  
131 N LUDLOW ST   SUITE 900  
DAYTON, OH  45402-1161  
(937)222-7600   Fax (937)222-7383  
email: chapter13@dayton13.com

Dated: 12/31/2015

CERTIFICATE OF SERVICE                                    11-34650

I hereby certify that on January 4, 2016, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

RANDAL A HARVEY
9 W WATER ST
TROY, OH 45373

And on the following by ordinary U.S. Mail, on January 4, 2016:

Bart W Feight
Nancy E Feight
10271 Kilinger Rd
Bradford, OH 45308

(72.1)
ALEXANDRIA VANECK LPA
5660 SOUTHWYCK BLVD
SUITE 110
TOLEDO, OH 43614

(74.1n)
GRANITE RECOVERY LLC
C/O RECOVERY MANAGEMENT
SYSTEMS CORP
25 SE 2ND AVE SUITE 1120
MIAMI, FL 33131

(67.1n)
LEANN E COVEY
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH 44224

(75.1n)
MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE
BOX 4457
HOUSTON, TX 77210

(77.1n)
NATIONSTAR MORTGAGE LLC
BOX 619096
DALLAS, TX 75261-9741

(71.1n)
OHIO DEPT OF TAXATION
% RAYMOND J PIKNA JR
600 VINE ST STE 2500
CINCINNATI, OH 45202

(73.1n)
VANTIUM CAPITAL INC
7880 BENT BRANCH DR
SUITE 150
IRVING, TX 75063

ALEXANDRIA VANECK LPA
5660 SOUTHWYCK BLVD
SUITE 110
TOLEDO, OH 43614